# EXHIBIT B

**Patent Claims Analysis**

**of**

**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**

**Chipotle Rewards**

# US9280689B2

United States

Inventor          Marvin T. Ling

Current Assignee  Individual

Worldwide applications

2011  WO ~~EP~~ US

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments

arrow_upward

101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|-----|---------------|------------|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *Chipotle Rewards* has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.<br><br> |



| | | Dictionary |
|---|---|---|
| | | Definitions from Oxford Languages · Learn more |
| | | **trans·ac·tion** |
| | | /tranˈzakSHən,tran(t)ˈsakSHən/ |
| | | *noun* |
| | | noun: **transaction**; plural noun: **transactions** |
| | | an instance of buying or selling something; a business deal. "in an ordinary commercial transaction a delivery date is essential" |
| | | Similar: deal  business  agreement  undertaking  affair  arrangement |
| | | • the action of conducting business. |
| | | Similar: negotiation  conduct  conducting  carrying out  performance |
| | | • an exchange or interaction between people. "intellectual transactions in the classroom" |
| | | • published reports of proceedings at the meetings of a learned society. |
| | | Similar: proceedings  affairs  concerns  dealings  matters  activities |
| | | • an input message to a computer system that must be dealt with as a single unit of work. |
| | | <https://www.google.com/search?q=transaction+define> @ 2025 |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a* **personal code** **["NMTRBLE"]** *to a person for their use to* **purchase goods** **["qualifying purchase"].** |
| | | ***Example (Chipotle Rewards a):*** Chipotle Rewards gives a "NMTRBLE" to a person so they can use it for a qualifying purchase. |
| | | **personal code** |
| | | **NMTRBLE** |
| | | <https://www.reddit.com/r/Chipotle/comments/1midzh6/choose_your_reward/> © 2025 |
| | | **purchase goods** |

| | | |
|---|---|---|
| | | You may accumulate points for any qualifying purchase made on and after your date of enrollment in Chipotle Rewards. To receive credit for a qualifying purchase and accumulate points, you must present your digital Chipotle Rewards account (i) at the point-of-sale at a participating U.S. Chipotle restaurant at the time of payment for a qualifying purchase transaction, or (ii) provided you are logged in to your account, at the time you place an order for a qualifying purchase (including a qualifying catering order) on Chipotle's owned web ordering sites or via a Chipotle mobile ordering app. Points will not be awarded for online purchases if you order or check out as a guest and not via your Chipotle Rewards account. Chipotle reserves the right to retroactively award points not meeting these conditions in its sole discretion and only upon provision of a valid receipt by you regarding such purchase; however, points will not be awarded for (i) purchases occurring prior to your enrollment in Chipotle Rewards; or (ii) purchases made more than thirty (30) days prior to a request made to Chipotle for such credit. In no event will Chipotle retroactively award points to any Chipotle Rewards account for more than (i) two purchases on one transaction date; (ii) two purchases within one calendar week; or (iii) four purchases within one calendar month.<br><br><*https://www.chipotle.com/rewards-terms*> © 2025 |
| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | *(b) converting said **personal code** **["NMTRBLE"]** into barcode format to form a **User ID Barcode** **[SEE IMAGE of QR code]**, said **User ID Barcode** **[SEE IMAGE of QR code]** corresponding to said **personal code** **["NMTRBLE"]** and including at least one **special character** **[DIFFERENT CODES, "N"]** to distinguish the barcode as a **User ID Barcode[SEE IMAGE of QR code]** from a **product barcode** **[SEE IMAGE of barcode]**.*<br><br>***Example (Chipotle Rewards b):***<br>*Chipotle Rewards converts the "NMTRBLE" into a barcode called a User ID Barcode. This User ID Barcode represents the "NMTRBLE" and includes a special code, "N," to show that it is a User ID Barcode, not a product barcode.* |
| | | **personal code**<br><br>**NMTRBLE**<br><br><*https://www.reddit.com/r/Chipotle/comments/1midzh6/choose_your_reward/*> © *2025* |
| | | **User ID Barcode** |



*<https://www.reddit.com/r/Chipotle/comments/1midzh6/choose_your_reward/>* © *2025*

**special character**

**N**MTRBLE

*<https://www.reddit.com/r/Chipotle/comments/1midzh6/choose_your_reward/>* © *2025*

**product barcode**



**Poppi Prebiotic Soda Classic Cola 12oz Can**

12oz

**$2.99**

Enter address to check gopuff instant delivery available

**Enter Address**

<https://bevmo.com/products/210612?srsltid=AfmBOoo0BDMMHSGxLlqrsKtQFHY1GxV-uMEu4dHyU0jTx_87zJElFeDR> © 2025

| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *(c) storing said **personal code ["NMTRBLE"]** in said **User ID Barcode [SEE IMAGE of QR code]** format by said person for use to **purchase goods ["qualifying purchase"]** and storing said **personal code ["NMTRBLE"]** in a **User Vendor Management Server ["computer online systems, servers"]** to permit purchases to be made at a vendor.*<br><br>***Example (Chipotle Rewards c):***<br>*Chipotle Rewards allows the person to store their "NMTRBLE" in the User ID Barcode format for use in qualifying purchases. The "NMTRBLE" is also stored in online computer systems and servers so that it can be used to make purchases at a vendor.* | |
| | | ***personal code***<br><br>***NMTRBLE***<br><br>*<https://www.reddit.com/r/Chipotle/comments/1midzh6/choose_your_reward/> © 2025* | |
| | | ***User ID Barcode***<br><br><br><br>*<https://www.reddit.com/r/Chipotle/comments/1midzh6/choose_your_reward/> © 2025* | |

| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *(d) establishing a **User Account** [**"Chipotle Rewards account"**] in a **User Vendor Management Server** [**"computer online systems, servers"**] corresponding to said personal code [**"NMTRBLE"**].*<br><br>***Example (Chipotle Rewards d):***<br>*The system creates a Chipotle Rewards account on its online servers that corresponds to the "NMTRBLE".* |
| | | ***User Account***<br>Participants in Chipotle Rewards may accumulate loyalty "points" that entitle the participant to Chipotle Rewards benefits, or "Rewards," at participating Chipotle restaurants in the 50 United States and Washington, D.C.  Redemption of Rewards is subject to availability, and Rewards may not be redeemed in combination with other promotions, special offers, discounts, or coupons unless specifically allowed by the terms of a specific promotion. Loyalty points are awarded with each qualifying purchase in relation to the amount spent at participating Chipotle Mexican Grill restaurants in the United States and Washington, D.C. Purchases begin accumulating points upon the first presentation of a digital Chipotle Rewards account at the time of a qualifying purchase.<br>*<https://www.chipotle.com/rewards-terms> © 2025* |
| | | ***User Vendor Management Server***<br>Chipotle is not responsible for any problems or technical malfunction of any telephone network or lines, computer online systems, servers, or providers, computer equipment, software, failure of any e-mail as a result of technical problems or traffic congestion on the Internet or at any website, or any combination thereof, including, without limitation, any resulting error in computing qualifying purchases or any unavailability of Rewards, or any injury or damage to any participant's or any other person's computer or mobile device related to or resulting from participation in Chipotle Rewards. If, for any reason, the Chipotle Rewards program is not capable of running as planned, including due to errors of any kind or nature, infection by computer virus, bugs, tampering, unauthorized intervention, fraud, technical failures, or any other causes beyond the control of Chipotle which corrupt or affect the administration, security, fairness, integrity, or proper conduct of any Chipotle Rewards program, Chipotle reserves the right in its sole discretion to cancel, terminate, modify, or suspend the Chipotle Rewards program or otherwise respond to the circumstances as Chipotle deems appropriate.<br>*<https://www.chipotle.com/rewards-terms> © 2025* |
| | | ***personal code*** |

| | | |
|---|---|---|
| | | ***NMTRBLE***<br><br>*<https://www.reddit.com/r/Chipotle/comments/1midzh6/choose_your_reward/>* © *2025* |
| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | *(e)* **depositing funds** *["accumulate loyalty points"] in said* **User Account** *["Chipotle Rewards account"] to establish a* **credit limit** *["Previously credited points and Rewards"].*<br><br>**Example (Chipotle Rewards e):**<br>*Chipotle Rewards allows a person to accumulate loyalty points in their Chipotle Rewards account, which establishes the previously credited points and rewards.* |
| | | ***User Account***<br>    Participants in Chipotle Rewards may accumulate loyalty "points" that entitle the participant to Chipotle Rewards benefits, or "Rewards," at participating Chipotle restaurants in the 50 United States and Washington, D.C.  Redemption of Rewards is subject to availability, and Rewards may not be redeemed in combination with other promotions, special offers, discounts, or coupons unless specifically allowed by the terms of a specific promotion. Loyalty points are awarded with each qualifying purchase in relation to the amount spent at participating Chipotle Mexican Grill restaurants in the United States and Washington, D.C. Purchases begin accumulating points upon the first presentation of a digital <u>Chipotle Rewards account</u> at the time of a qualifying purchase.<br>*<https://www.chipotle.com/rewards-terms>* © *2025* |
| | | ***depositing funds***<br>    Participants in Chipotle Rewards may <u>accumulate loyalty "points"</u> that entitle the participant to Chipotle Rewards benefits, or "Rewards," at participating Chipotle restaurants in the 50 United States and Washington, D.C.  Redemption of Rewards is subject to availability, and Rewards may not be redeemed in combination with other promotions, special offers, discounts, or coupons unless specifically allowed by the terms of a specific promotion. Loyalty points are awarded with each qualifying purchase in relation to the amount spent at participating Chipotle Mexican Grill restaurants in the United States and Washington, D.C. Purchases begin accumulating points upon the first presentation of a digital Chipotle Rewards account at the time of a qualifying purchase.<br>*<https://www.chipotle.com/rewards-terms>* © *2025* |
| | | ***credit limit*** |

|  |  | If you change your account country to one that is not located within the 50 United States or Washington, D.C., your Chipotle Rewards account will be deactivated. Once deactivated, you will no longer be able to accumulate points or receive or redeem Rewards under your Chipotle Rewards account. Previously credited points and Rewards may also expire as described below.<br><*https://www.chipotle.com/rewards-terms*> © 2025 |

| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | *(f) conducting purchases at vendors each having a* **vendor server** *["computer online systems, servers"] wherein each purchase includes scanning* **product barcode** *[SEE IMAGE of barcode]s including* **product price** *["menu price"] and said* **User ID Barcode** *[SEE IMAGE of QR code] with a* **product barcode** *[SEE IMAGE of barcode]* **scanner** *["scan their Chipotle Rewards member ID at the register"] at the* **vendor cash register** *["scan their Chipotle Rewards member ID at the register"] and transmitting both* **product barcode** *[SEE IMAGE of barcode]s and* **User ID Barcode** *[SEE IMAGE of QR code] to said* **vendor server** *["computer online systems, servers"].*<br><br>**Example (Chipotle Rewards f):**<br>*When a person makes a purchase at a vendor, the vendor scans the product barcodes, including the menu price, and the person's Chipotle Rewards User ID Barcode at the register. Both the product barcodes and the User ID Barcode are then transmitted to the vendor's online computer system or servers.* |
| | | ***product price***<br><br>    *Valid for $10 off any one "Build-Your-Own" item, excluding 2 Large Chips & 3 Dips item, from participating Chipotle restaurants in the U.S. during regular operating hours. Valid for orders placed and fulfilled beginning 8/26/2025, through 10/21/2025 or until 500,000 redemptions, whichever comes first. Must be ordered via order.chipotle.com or the Chipotle mobile app, with use of promo code TRYBYOC. Higher <u>menu price</u> and additional fees apply for delivery orders. Limit one discount per transaction. Not valid on Chipotle Catering, in-restaurant orders, or orders via third-party platforms. Redemption and deliveries are subject to availability. May not be combined with other coupons, promotions or special offers. Void where prohibited; additional restrictions may apply.<br><br>*<https://newsroom.chipotle.com/2025-08-25-CHIPOTLE-INTRODUCES-A-WHOLE-NEW-WAY-TO-ORDER-FOR-A-SMALL-GROUP-BUILD-YOUR-OWN-CHIPOTLE> © 2025* |
| | | **User ID Barcode** |



<https://www.reddit.com/r/Chipotle/comments/1midzh6/choose_your_reward/> © 2025

**product barcode**



**Poppi Prebiotic Soda Classic Cola 12oz Can**

12oz

**$2.99**



Enter address to check gopuff instant delivery available



**Enter Address**

*<https://bevmo.com/products/210612?srsltid=AfmBOoo0BDMMHSGxLlqrsKtQFHY1GxV-uMEu4dHyU0jTx_87zJElFeDR> © 2025*

---

*scanner*
1. **In-Restaurant:** Chipotle Rewards members who make a $5 minimum purchase and <u>scan their Chipotle Rewards member ID at the register</u> when making an in-restaurant purchase will be automatically entered to win.
2. **Digital Orders:** Chipotle Rewards members who are signed into their account and make a $5 minimum purchase on the Chipotle app, Chipotle.com, or Chipotle.ca will be automatically entered to win.

*<https://newsroom.chipotle.com/2023-01-09-CHIPOTLE-LAUNCHES-NEW-REWARDS-PERK-FREEPOTLE-AND-GIVES-FANS-THE-CHANCE-TO-WIN-FREE-CHIPOTLE-FOR-A-YEAR-AT-ALL-RESTAURANTS-IN-THE-U-S-AND-CANADA> © 2025*

---

*vendor cash register*
1. **In-Restaurant:** Chipotle Rewards members who make a $5 minimum purchase and <u>scan their Chipotle Rewards member ID at the register</u> when making an in-restaurant purchase will be automatically entered to win.
2. **Digital Orders:** Chipotle Rewards members who are signed into their account and make a $5 minimum purchase on the Chipotle app, Chipotle.com, or Chipotle.ca will be automatically entered to win.

*<https://newsroom.chipotle.com/2023-01-09-CHIPOTLE-LAUNCHES-NEW-REWARDS-PERK-FREEPOTLE-AND-GIVES-FANS-THE-CHANCE-TO-WIN-FREE-CHIPOTLE-FOR-A-YEAR-AT-ALL-RESTAURANTS-IN-THE-U-S-AND-CANADA> © 2025*

| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *(g) detecting the* **User ID Barcode [SEE IMAGE of QR code]** *at the* **vendor server ["computer online systems, servers"]** *and forwarding the ID Barcode and* **purchase price ["menu price"]** *to said* **User Vendor Management Server ["computer online systems, servers"].**<br><br>***Example (Chipotle Rewards g):***<br>*The vendor's online system detects the person's User ID Barcode and sends both the User ID Barcode and the menu price to the computer system or servers.* |

***User ID Barcode***



<https://www.reddit.com/r/Chipotle/comments/1midzh6/choose_your_reward/> © 2025

***purchase price***

*Valid for $10 off any one "Build-Your-Own" item, excluding 2 Large Chips & 3 Dips item, from participating Chipotle restaurants in the U.S. during regular operating hours. Valid for orders placed and fulfilled beginning 8/26/2025, through 10/21/2025 or until 500,000 redemptions, whichever comes first. Must be ordered via order.chipotle.com or the Chipotle mobile app, with use of promo code TRYBYOC. Higher menu price and additional fees apply for delivery orders. Limit one discount per transaction. Not valid on Chipotle Catering, in-restaurant orders, or orders via third-party platforms. Redemption and deliveries are subject to availability. May not be combined with other coupons, promotions or special offers. Void where prohibited; additional restrictions may apply.

<*https://newsroom.chipotle.com/2025-08-25-CHIPOTLE-INTRODUCES-A-WHOLE-NEW-WAY-TO-ORDER-FOR-A-SMALL-GROUP-BUILD-YOUR-OWN-CHIPOTLE*> © 2025*

**User Vendor Management Server**

Chipotle is not responsible for any problems or technical malfunction of any telephone network or lines, computer online systems, servers, or providers, computer equipment, software, failure of any e-mail as a result of technical problems or traffic congestion on the Internet or at any website, or any combination thereof, including, without limitation, any resulting error in computing qualifying purchases or any unavailability of Rewards, or any injury or damage to any participant's or any other person's computer or mobile device related to or resulting from participation in Chipotle Rewards. If, for any reason, the Chipotle Rewards program is not capable of running as planned, including due to errors of any kind or nature, infection by computer virus, bugs, tampering, unauthorized intervention, fraud, technical failures, or any other causes beyond the control of Chipotle which corrupt or affect the administration, security, fairness, integrity, or proper conduct of any Chipotle Rewards program, Chipotle reserves the right in its sole discretion to cancel, terminate, modify, or suspend the Chipotle Rewards program or otherwise respond to the circumstances as Chipotle deems appropriate.

<*https://www.chipotle.com/rewards-terms*> © 2025*

| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server; | *(h) comparing the **purchase price** ["menu price"] with the funds in said **User Vendor Management Server**["computer online systems, servers"] to determine if there are available funds within the **credit limit** ["Previously credited points and Rewards"] in the **User Vendor Management Server** ["computer online systems, servers"]account, and if there are, sending an **approval signal** ["valid receipt"] to the **vendor server** ["computer online systems, servers"].*<br><br>**Example (Chipotle Rewards h):**<br>*The system compares the menu price with the available points and rewards in the person's account. If enough points are available, it generates and sends a valid receipt to the system.* |
| | | **purchase price**<br><br>*Valid for $10 off any one "Build-Your-Own" item, excluding 2 Large Chips & 3 Dips item, from participating Chipotle restaurants in the U.S. during regular operating hours. Valid for orders placed and fulfilled beginning 8/26/2025, through 10/21/2025 or until 500,000 redemptions, whichever comes first. Must be ordered via order.chipotle.com or the Chipotle mobile app, with use of promo code TRYBYOC. Higher <u>menu price</u> and additional fees apply for delivery orders. Limit one discount per transaction. Not valid on Chipotle Catering, in-restaurant orders, or orders via third-party platforms. Redemption and deliveries are subject to availability. May not be combined with other coupons, promotions or special offers. Void where prohibited; additional restrictions may apply.<br><br>*<https://newsroom.chipotle.com/2025-08-25-CHIPOTLE-INTRODUCES-A-WHOLE-NEW-WAY-TO-ORDER-FOR-A-SMALL-GROUP-BUILD-YOUR-OWN-CHIPOTLE> © 2025* |
| | | ***User Vendor Management Server*** |

Chipotle is not responsible for any problems or technical malfunction of any telephone network or lines, computer online systems, servers, or providers, computer equipment, software, failure of any e-mail as a result of technical problems or traffic congestion on the Internet or at any website, or any combination thereof, including, without limitation, any resulting error in computing qualifying purchases or any unavailability of Rewards, or any injury or damage to any participant's or any other person's computer or mobile device related to or resulting from participation in Chipotle Rewards. If, for any reason, the Chipotle Rewards program is not capable of running as planned, including due to errors of any kind or nature, infection by computer virus, bugs, tampering, unauthorized intervention, fraud, technical failures, or any other causes beyond the control of Chipotle which corrupt or affect the administration, security, fairness, integrity, or proper conduct of any Chipotle Rewards program, Chipotle reserves the right in its sole discretion to cancel, terminate, modify, or suspend the Chipotle Rewards program or otherwise respond to the circumstances as Chipotle deems appropriate.

*<https://www.chipotle.com/rewards-terms> © 2025*

**credit limit**

If you change your account country to one that is not located within the 50 United States or Washington, D.C., your Chipotle Rewards account will be deactivated. Once deactivated, you will no longer be able to accumulate points or receive or redeem Rewards under your Chipotle Rewards account. Previously credited points and Rewards may also expire as described below.

*<https://www.chipotle.com/rewards-terms> © 2025*

**approval signal**

| | | |
|---|---|---|
| | | You may accumulate points for any qualifying purchase made on and after your date of enrollment in Chipotle Rewards. To receive credit for a qualifying purchase and accumulate points, you must present your digital Chipotle Rewards account (i) at the point-of-sale at a participating U.S. Chipotle restaurant at the time of payment for a qualifying purchase transaction, or (ii) provided you are logged in to your account, at the time you place an order for a qualifying purchase (including a qualifying catering order) on Chipotle's owned web ordering sites or via a Chipotle mobile ordering app. Points will not be awarded for online purchases if you order or check out as a guest and not via your Chipotle Rewards account. Chipotle reserves the right to retroactively award points not meeting these conditions in its sole discretion and only upon provision of a <u>valid receipt</u> by you regarding such purchase; however, points will not be awarded for (i) purchases occurring prior to your enrollment in Chipotle Rewards; or (ii) purchases made more than thirty (30) days prior to a request made to Chipotle for such credit. In no event will Chipotle retroactively award points to any Chipotle Rewards account for more than (i) two purchases on one transaction date; (ii) two purchases within one calendar week; or (iii) four purchases within one calendar month. <*https://www.chipotle.com/rewards-terms*> *© 2025* |
| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *(i) forwarding the* **approval signal** **["valid receipt"]** *to the* **vendor cash register ["scan their Chipotle Rewards member ID at the register"].* <br><br> **Example (Chipotle Rewards i):** <br> *The system sends the valid receipt back to the register where the person scanned their Chipotle Rewards member ID.* |
| | | **approval signal** |

| | | |
|---|---|---|
| | | You may accumulate points for any qualifying purchase made on and after your date of enrollment in Chipotle Rewards. To receive credit for a qualifying purchase and accumulate points, you must present your digital Chipotle Rewards account (i) at the point-of-sale at a participating U.S. Chipotle restaurant at the time of payment for a qualifying purchase transaction, or (ii) provided you are logged in to your account, at the time you place an order for a qualifying purchase (including a qualifying catering order) on Chipotle's owned web ordering sites or via a Chipotle mobile ordering app. Points will not be awarded for online purchases if you order or check out as a guest and not via your Chipotle Rewards account. Chipotle reserves the right to retroactively award points not meeting these conditions in its sole discretion and only upon provision of a <u>valid receipt</u> by you regarding such purchase; however, points will not be awarded for (i) purchases occurring prior to your enrollment in Chipotle Rewards; or (ii) purchases made more than thirty (30) days prior to a request made to Chipotle for such credit. In no event will Chipotle retroactively award points to any Chipotle Rewards account for more than (i) two purchases on one transaction date; (ii) two purchases within one calendar week; or (iii) four purchases within one calendar month. <br><br> *<https://www.chipotle.com/rewards-terms> © 2025* |
| | | ***vendor cash register*** <br> 1. **In-Restaurant:** Chipotle Rewards members who make a $5 minimum purchase and <u>scan their Chipotle Rewards member ID at the register</u> when making an in-restaurant purchase will be automatically entered to win. <br> 2. **Digital Orders:** Chipotle Rewards members who are signed into their account and make a $5 minimum purchase on the Chipotle app, Chipotle.com, or Chipotle.ca will be automatically entered to win. <br><br> *<https://newsroom.chipotle.com/2023-01-09-CHIPOTLE-LAUNCHES-NEW-REWARDS-PERK-FREEPOTLE-AND-GIVES-FANS-THE-CHANCE-TO-WIN-FREE-CHIPOTLE-FOR-A-YEAR-AT-ALL-RESTAURANTS-IN-THE-U-S-AND-CANADA> © 2025* |
| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode. | *(i) repeating steps (f) through (i) for subsequent* **purchase transactions** *["qualifying purchase"] using said* **User ID Barcode** *[SEE IMAGE of QR code].* <br><br> ***Example (Chipotle Rewards i):*** <br> *The system repeats steps (f) through (i) for any later qualifying purchases made using the same User ID Barcode.* |
| | | ***purchase transactions*** |

You may accumulate points for any qualifying purchase made on and after your date of enrollment in Chipotle Rewards. To receive credit for a qualifying purchase and accumulate points, you must present your digital Chipotle Rewards account (i) at the point-of-sale at a participating U.S. Chipotle restaurant at the time of payment for a qualifying purchase transaction, or (ii) provided you are logged in to your account, at the time you place an order for a qualifying purchase (including a qualifying catering order) on Chipotle's owned web ordering sites or via a Chipotle mobile ordering app. Points will not be awarded for online purchases if you order or check out as a guest and not via your Chipotle Rewards account. Chipotle reserves the right to retroactively award points not meeting these conditions in its sole discretion and only upon provision of a valid receipt by you regarding such purchase; however, points will not be awarded for (i) purchases occurring prior to your enrollment in Chipotle Rewards; or (ii) purchases made more than thirty (30) days prior to a request made to Chipotle for such credit. In no event will Chipotle retroactively award points to any Chipotle Rewards account for more than (i) two purchases on one transaction date; (ii) two purchases within one calendar week; or (iii) four purchases within one calendar month.

<*https://www.chipotle.com/rewards-terms*> *© 2025*

**User ID Barcode**



<*https://www.reddit.com/r/Chipotle/comments/1midzh6/choose_your_reward/*> © 2025

|  |  | ● **PRODUCT/SERVICE = "Chipotle Rewards"** |
|  |  | ● *approval signal = "valid receipt"*<br>● *credit limit = "Previously credited points and Rewards"*<br>● *depositing funds = "accumulate loyalty "points""*<br>● *personal code = "NMTRBLE"*<br>● *product barcode = SEE IMAGE of barcode*<br>● *product price = "menu price"*<br>● *purchase goods = "qualifying purchase"*<br>● *purchase price = "menu price"*<br>● *purchase transactions = "qualifying purchase"*<br>● *scanner = "scan their Chipotle Rewards member ID at the register"*<br>● *special character = DIFFERENT CODES, "N"*<br>● *User Account = "Chipotle Rewards account"*<br>● *User ID Barcode = SEE IMAGE of QR code*<br>● *User Vendor Management Server = "computer online systems, servers"*<br>● *vendor cash register = "scan their Chipotle Rewards member ID at the register"*<br>● *vendor server = "computer online systems, servers"* |