**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC, | |
| Plaintiff, | |
| v. | Case No. 2:26-cv-00016-JRG |
| CHIPOTLE MEXICAN GRILL, INC., | |
| Defendant. | |

### CHIPOTLE MEXICAN GRILL, INC.'S NOTICE OF COMPLIANCE

Pursuant to the Court's April 8, 2026, Docket Control Order [Dkt. No. 13], and Paragraphs 1 and 3 of the Court's Discovery Order [Dkt. No. 18], Defendant Chipotle Mexican Grill, Inc. ("Chipotle") hereby notifies the Court that on April 16, 2026, Chipotle served its Initial and Additional Disclosures upon Plaintiff via electronic mail

Dated: April 16, 2026

Respectfully submitted,

/s/ Jeffrey Randall Roeser
Timothy P. Getzoff (Pro hac vice forthcoming)
Jeffrey Randall Roeser (Texas Bar No. 24089377)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Tel.: 303-473-2700
Email: tgetzoff@hollandhart.com
Email: jrroeser@hollandhart.com

**Counsel for Defendant**

CHIPOTLE'S NOTICE OF COMPLIANCE – Page 1

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF System on this 16th day of April, 2026.


        */s/ Jeffrey Randall Roeser*
        Jeffrey Randall Roeser

37619097