**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WOLVERINE BARCODE IP, LLC, | § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | |
| | | CIVIL ACTION NO. 2:26-CV-00016-JRG |
| CHIPOTLE MEXICAN GRILL, INC., | | |
| *Defendant*. | | |

**<u>ORDER</u>**

Before the Court is the Motion To Dismiss (the "Motion") filed by Defendant Chipotle

Mexican Grill, Inc. ("Defendant"). (Dkt. No. 16).  In the Motion, Defendant seeks to dismiss

Plaintiff Wolverine Barcode IP, LLC ("Plaintiff")'s Complaint pursuant to 12(b)(6) of the Federal

Rules of Civil Procedure.  (*Id.* at 1).  Since the filing of the Motion, Plaintiff has filed its First

Amended Complaint for Patent Infringement against Defendant.  (Dkt. No. 22).

It is well established that a later-filed amended complaint moots a motion asking the Court

to dismiss an earlier-filed complaint.  *See Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797

(5th Cir. 2017) ("Once filed, that amended complaint rendered all earlier motions … moot."); *see*

*also Bishop Display Tech LLC v. Samsung Elecs. Co., Ltd*., No. 2:21-cv-00139-JRG, Dkt. No. 40

(E.D. Tex. Oct. 4, 2021) ("Once Plaintiff filed its amended complaint, the Motion became moot.");

*Ultravision Technologies, LLC v. Eaton Corp. PLC*, No. 2:19-CV-00290-JRG, 2019 WL

11250161, at *1 (E.D. Tex. Nov. 7, 2019) ("Accordingly, the filing of an amended complaint moots

a motion to dismiss the original complaint.").

Accordingly, the Court finds that the Motion (Dkt. No. 16) should be and hereby is

**DENIED AS MOOT**.

**So Ordered this**

**May 17, 2026**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

2