# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** <br> **Plaintiff,** <br><br> **v.** <br><br> **CHIPOTLE MEXICAN GRILL, INC.,** <br> **Defendant** | **Civil Action No. 2:26-cv-00016-JRG** |

## UNOPPOSED MOTION TO STAY ALL DEADLINES PENDING APPEAL

Plaintiff, Wolverine Barcode IP, LLC ("Wolverine") and Defendant, Chipotle Mexican Grill, Inc., ("Defendant" or "Chipotle") stipulate to Stay All Deadlines pending a final decision of any appeal of the order and judgment finding U.S. Patent No. 9,280,689 ("the '689 Patent") invalid in a related litigation in the United States District Court for the Northern District of Texas, *Wolverine Barcode IP, LLC v. Albertsons Companies, Inc.*, 3:25-cv-01448-B (the "Albertsons Action").

In the present matter, Wolverine filed its complaint against Chipotle on January 8, 2026, which asserted one cause of action—infringement of the '689 Patent (and no other patents). Dkt. No. 1. On July 9, 2026, the court in the Albertsons Action entered a Final Judgment finding the '689 Patent invalid as ineligible for patent protection under 35 U.S.C. § 101. *Wolverine Barcode IP, LLC v. Albertsons Companies, Inc.*, Case No. 3:25-cv-01448-B, Dkt. 32 (N.D. Tex. July 9, 2026) ("Final Judgment"). Wolverine has indicated it currently plans to appeal the Final Judgment. However, pending a final decision of that appeal, the Parties agree that, in the present matter, for efficiency of the parties and the Court, this matter should be stayed. Accordingly, the Parties respectfully request that this Court stay all deadlines pending the appeal of the Final Judgement in the Albertsons Action. This Motion is not sought for purposes of delay, but rather to allow

efficiency of the parties and the Court and so that justice may be done.

DATED: July 16, 2026            Respectfully submitted,

**Ramey LLP**

By: */s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
446 Heights Blvd., Suite 200
Houston, Texas 77007
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for Wolverine Barcode IP, LLC***

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Defendants on July 16, 2026, and Defendant is unopposed to this motion.

*/s/ William P. Ramey, III*
William P. Ramey, III

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 16, 2026, a true and correct copy of the forgoing has been forwarded to all counsel of record via CM/ECF filing in accordance with the Federal Rules of Civil Procedure.

*/s/ William P. Ramey, III*
William P. Ramey, III