## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>        **Plaintiff,**<br><br>**v.**<br><br>**CHIPOTLE MEXICAN GRILL, INC.,**<br>        **Defendant** | **Civil Action No. 2:26-cv-00016-JRG**<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER ON UNOPPOSED MOTION TO STAY ALL DEADLINES
## PENDING APPEAL

This Court, having considered Unopposed Motion to Stay All Deadlines (the "Motion"),

hereby GRANTS the Motion and ORDERS the following: All deadlines are hereby STAYED.